```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

SELECT REHABILITATION, LLC
fka Select Rehabilitation, Inc.,

       Plaintiff,

v.                            Case No: 2:23-cv-462-JES-NPM

SOLARIS HEALTHCARE CHARLOTTE HARBOR, LLC,

       Defendant.

## ORDER

This matter comes before the Court on the parties' Joint Stipulation for Voluntary Dismissal Without Prejudice (Doc. #23) filed on August 16, 2023. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __16th__ day of August 2023.

                                            JOHN E. STEELE
                                            SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record